UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHANIE IMEL, on Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ANDERSON REHABILITATION AND HEALTHCARE CENTER, LLC, <br><br> Defendant. | Class & Collective Action <br><br> CAUSE NO. 1:23-cv-01210-SEB-MJD |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Stephanie Imel, and Defendant, Anderson Rehabilitation and Healthcare Center, LLC, having filed a Joint Stipulation of Dismissal with Prejudice,

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff Stephanie Imel in this matter are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Date: 2/28/2024

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

All ECF Counsel of Record

4865-4705-1687, v. 1